Marc L. Antonecchia
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
(212) 513-3200
marc.antonecchia@hklaw.com

Jeremy Sternberg (*pro hac vice to be submitted*)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700
jeremy.sternberg@hklaw.com

*Attorneys for Movant Glenn Weber*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In the Matter of the Application of GLENN WEBER, | 17 Misc. _____ |
| Movant, | |
| FOR AN ORDER TO QUASH A SUBPOENA in the Southern District of New York, in a case pending in the Northern District of Texas. | |

---

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the Declaration of Jeremy Sternberg dated September 11, 2017, the exhibits thereto, and the accompanying Memorandum of Law, Glenn Weber will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on October 10, 2017 at 11:00 a.m. for an Order pursuant to Federal Rule of Civil Procedure 45(d)(3) quashing the subpoena dated August 25, 2017 issued to him by third-party defendant Charles David Wood, Jr. in the litigation styled *Highpoint Risk Services LLC v.*

*Companion Property & Casualty Insurance Company*, Civil Action No. 3:14-cv-3398-L, pending in the United States District Court for the Northern District of Texas, Dallas Division.

PLEASE TAKE FURTHER NOTICE that answering papers, if any, shall be served in accordance with Rule 6.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

Dated:   New York, New York
         September 11, 2017

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: _____
Marc L. Antonecchia
31 West 52nd Street
New York, NY  10019
(212) 513-3200
marc.antonecchia@hklaw.com

Jeremy Sternberg (*pro hac vice to be submitted*)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700
jeremy.sternberg@hklaw.com

*Attorneys for Movant Glenn Weber*

#53575383_v1